1134

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

STEPHEN BALAN, as President of AQUA-TERRA SPORTSMEN'S CLUB, Respondent, v. STANLEY RUSSIK, Appellant, et al., Defendant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of HAROLD E. RYAN, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.   [See 1 A D 2d 793.]

In the Matter of EUGENE BUCCI et al., as Members of Mechanicville Housing Authority, Respondents, against WILLIAM E. GREY, as Chairman of Mechanicville Housing Authority, et al., Appellants.—